IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>      Plaintiff,<br><br>  v.<br><br>CECILE GREATHOUSE,<br><br>      Defendant. | Case No. CR-S-98-0068 DFL<br><br>ORDER AUTHORIZING THE LIMITED DISCLOSURE OF THE GOVERNMENT'S MOTION UNDER U.S.S.G. 5K1.1 REGARDING DEFENDANT CECILE GREATHOUSE |

**ORDER**

The United States of America moves this Court for an order unsealing and permitting the limited disclosure of the government's motion under U.S.S.G. § 5K1.1, filed April 5, 1999, regarding defendant Cecile Greathouse in Case No. CR-S-98-0068 DFL. The motion requests limited disclosure based upon the need for production of the 5K letter in a pending criminal matter in the Northern District of Florida, <u>United States v. Barnes, et al.</u>, Case No. 4:06-cr-36-RH.

The government's motion is GRANTED and IT IS HEREBY ORDERED:

1. A certified copy of the government's motion under U.S.S.G. § 5K1.1 regarding defendant Cecile Greathouse in Case No. 98-0068 DFL, filed April 5, 1999, ("Greathouse 5K motion") may be provided to the United States Attorney for the Northern District of Florida for use in a pending criminal case;

2. It is the responsibility of the Department of Justice, in particular the United States Attorney for the Northern District of Florida, to make disclosure of the

1

Greathouse 5K motion consistent with its obligations under <u>Brady v. Maryland</u>.  Further, if the Department of Justice believes that to protect Ms. Greathouse from retaliation, disclosure should be made to the defense under particular terms and conditions, it should seek such an order from the assigned United States District Judge.

DATED: 10/16/2006

_____
DAVID F. LEVI
Chief United States District Judge