IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>       Plaintiff,<br><br>  v.<br><br>CECILE GREATHOUSE,<br><br>       Defendant. | Case No. CR-S-98-0068 DFL<br><br>ORDER AUTHORIZING THE LIMITED DISCLOSURE OF THE GOVERNMENT'S RULE 35 MOTION ON BEHALF OF DEFENDANT CECILE GREATHOUSE |

**ORDER**

The United States of America moves this Court for an order unsealing and permitting the limited disclosure of the government's motion for reduction of defendant Cecile Greathouse's sentence pursuant to Federal Rule of Criminal Procedure 35 in Case No. CR-S-98-0068 DFL.  The motion requests limited disclosure based upon the need for production of the Rule 35 motion in a pending criminal matter in the Northern District of Florida, <u>United States v. Barnes, et al.</u>, Case No. 4:06-cr-36-RH.

The government's motion is GRANTED and IT IS HEREBY ORDERED:

1. The government's motion for reduction of sentence pursuant to Federal Rule of Criminal Procedure 35(b) on behalf of defendant Cecile Greathouse in Case No. 98-0068 DFL, filed March 29, 2000, ("Greathouse Rule 35 motion") may be provided to the prosecutors in a pending Northern District of Florida criminal case so that the prosecutors in that action may comply with their disclosure obligations;

1

2.   If the prosecutors in the Florida case believe that the disclosure of the Rule 35 motion should be subject to conditions, in order to protect the witness, then the prosecutors should seek an appropriate protective order in that action.

DATED: 10/17/2006

                                                _____
                                                DAVID F. LEVI
                                                Chief United States District Judge