DANIEL J. BRODERICK, CA Bar #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CECILE LOUISE GREATHOUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S 98-068 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT STIPULATION TO DISMISS |
| v. | ) | PETITION FILED 8/3/09 AND |
| | ) | CONTINUE ON SUPERVISION; ORDER |
| CECILE LOUISE GREATHOUSE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Time: |
| _____ | ) | Judge: Hon. John A. Mendez |

**BACKGROUND**

    Ms. Greathouse's 60 month term of supervised release began in
March of 2007.  The petition to revoke supervision was filed on August
3, 2009 and concerns a theft allegation dating back to November 23,
2008.  This incident occurred at Ms. Greathouse's previous place of
employment.

    Ms. Greathouse is currently employed full-time.  She lives and
works in the Fresno area.  She is supervised by Mr. Pulido from U.S.

1   Probation in Fresno.  She is otherwise in compliance with her terms of

2   supervision.

3   **THE STIPULATION**

4       It is the opinion of probation and the parties that this incident

5   does not warrant revocation of supervision and that Ms. Greathouse does

6   not pose a danger to the community.  For this reason, the parties and

7   probation are requesting that the Court dismiss the Petition filed

8   August 3, 2009.  The parties, with the full agreement of the probation

9   officer, believe that Ms. Greathouse should be continued supervision

10  under the same terms and conditions except that the parties further

11  agree that an additional condition of supervision requiring 100 hours

12  of community service should be added as a sanction for this incident.

13  The parties jointly request that this matter be addressed by

14  stipulation so that neither the defendant, nor the probation officer,

15  will need to travel from Fresno to attend a Court hearing.

16

17  Dated:  September 21, 2009

                                    Respectfully submitted,

18

                                    DANIEL J. BRODERICK
19                                  Federal Defender

20                                  *Linda C. Harter*

                                    _____
21                                  LINDA C. HARTER
                                    Chief Assistant Federal Defender
22                                  Attorney for Defendant
                                    CECILE LOUISE GREATHOUSE

23

24                                  LAWRENCE G. BROWN
                                    U.S. Attorney
25
                                    *Jason S. Hitt*
26
                                    _____
27                                  JASON S. HITT
                                    Assistant U.S. Attorney

28

1

**ORDER**

2      For the reason set forth in the Stipulation, the Petition For

3  Warrant or Summons for Offender Under Supervision, filed August 3,

4  2009, is hereby dismissed.  The defendant, Cecile Louise Greathouse, is

5  to remain under supervision under the terms and conditions previously

6  set with the added condition that she complete 100 hours of community

7  service before the end of her supervision.

8

Dated: September 21, 2009         /s/ John A. Mendez

9                                  HON. JOHN A. MENDEZ
                                   U.S. District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28